UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
EVELYN CASTILLO

                             Plaintiff,

              v.

RIBIERO ASSOCIATES LLC AND CREST- METRO CORP.

                          Defendants.
-----------------------------------------------------------------------x

Docket No. 1:22-cv-05952 (HG)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: April 17, 2023
        New York, New York

| PARKER HANSKI LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: _____ <br> Glen H. Parker, Esq. <br> Attorneys for Plaintiff <br> 40 Worth Street, Suite 602 <br> New York, New York 10013 <br> Tel (212) 248-7400 <br> Fax (212) 248-5600 <br> ghp@parkerhanski.com | By: _____ <br> Peter T. Shapiro, Esq. <br> Attorneys for Defendants <br> 77 Water Street, 21st Floor <br> New York, NY 10005 <br> T: 212.232.1300 <br> F: 212.232.1399 <br> Peter.Shapiro@lewisbrisbois.com |